Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| HOWARD TANDE | ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 2:17-cv-01920-JCM-PAL ) |
| EQUIFAX INFORMATION SERVICES LLC | ) ) ) |
| Defendant | ) ) |

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

MITCHELL D. GLINER, ESQ.                                    SNELL & WILMER, L.L.P.

_____                                    _____
MITCHELL D. GLINER, ESQ.                                    BRADLEY T. AUSTIN, ESQ.
Nevada Bar No. 003419                                           Nevada Bar No. 013064
3017 W. Charleston Blvd. # 95                                 3883 Howard Hughes Pkwy., # 1100
Las Vegas, Nevada 89102                                         Las Vegas, Nevada 89169
Attorney for Plaintiff                                                  Attorneys for Defendant

IT IS SO ORDERED this 16th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE